## 25175.   OUTLAW v. OUTLAW.

FRANKUM, Justice.   This case involves an appeal from the Court Ordinary of Berrien County to the superior court on a petition by the appellant here to set aside the grant of a year's support on the ground that the same was excessive.   As such, it is no different from an appeal from denial of contentions made in a caveat to an application of the widow in the first instance.   Such a case does not involve any question of title to land so as to confer jurisdiction of the appeal in this court.   *Harnesberger v. Davis,* 208 Ga. 629 (1) (68 SE2d 585).   See also *Colley v. Atlanta & W. P. R. Co.,* 156 Ga. 43 (118 SE 712); *Griffin v. Securities Invest. Co.,* 181 Ga. 455 (182 SE 594); *Miller v. Miller,* 213 Ga. 435 (99 SE2d 129).   The case therefore involving no question of which this court has jurisdiction, it is accordingly

*Transferred to the Court of Appeals.   All the Justices concur.*

ARGUED MAY 12, 1969—DECIDED MAY 22, 1969.

*Fred T. Allen, Fred L. Belcher,* for appellant.
*Elsie H. Griner, Edward Parrish,* for appellee.